**LEWIS BRISBOIS BISGAARD & SMITH** LLP
JUDD A. GILEFSKY, SB# 198694
  E-Mail: Judd.Gilefsky@lewisbrisbois.com
SCOTT D. SHARP, SB# 334782
  E-Mail: Scott.Sharp@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant, NISSAN
NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ABRAHAM ARAGON, an individual, | Case No. 2:23-cv-00682-SPG-AGR |
| Plaintiff, | **NOTICE OF LODGING** |
| vs. | |
| NISSAN NORTH AMERICA, INC.,a Delaware Corporation, | |
| Defendant. | |

Pursuant to L.R. 5-4.4, Defendant Nissan North America, Inc., hereby submits the attached Statement of Consent to Proceed Before a United States Magistrate Judge in the above-entitled action.

DATED:  June 8, 2023          JUDD A. GILEFSKY
                              SCOTT D. SHARP
                              LEWIS BRISBOIS BISGAARD & SMITH LLP


                         By:    _/s/ Judd A. Gilefsky_
                              JUDD A. GILEFSKY
                              Attorneys for Defendant,
                              NISSAN NORTH AMERICA, INC.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

125307963.1

1

Notice of Lodging

# FEDERAL COURT PROOF OF SERVICE
### ABRAHAM ARAGON v. NISSAN NORTH AMERICA, INC.
### Case No. 2:23-cv-00682-SPG-AGR

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 8, 2023, I served the following document(s):  NOTICE OF LODGING

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**QUILL & ARROW, LLP**                       *ATTORNEYS FOR PLAINTIFF,*
Kevin Y. Jacobson, Esq.                     *ABRAHAM ARAGON*
Aaron Cohen, Esq.
10900 Wilshire Boulevard, Suite 300
Los Angeles, CA, 90024
Telephone: (310) 933-4271
Facsimile: (310) 889-0645
e-service@quillarrowlaw.com
acohen@quillarrowlaw.com
kiacobson@quillarrowlaw.com

The documents were served by the following means:

☒    (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 8, 2023, at Los Angeles, California.


                                        */s/ Tammi L. Jones*
                                        TAMMI L. JONES

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW