**QUILL & ARROW LLP**
Kevin Y. Jacobson, Esq. (SBN 320532)
kjacobson@quillarrowlaw.com
Daniel Cox, Esq. (SBN 345201)
dcox@quillarrowlaw.com
10880 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024

Attorneys for Plaintiff,
**ABRAHAM ARAGON**

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Judd A. Gilefsky, Esq.  (SBN 198694)
Judd.Gilefsky@lewisbrisbois.com
Scott D. Sharp, Esq. (SBN 334782)
Scott.Sharp@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone:   (213) 250-1800
Fax:             (213) 250-7900

Attorneys for Defendant,
**NISSAN NORTH AMERICA, INC.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM ARAGON, an individual,<br><br>          Plaintiff,<br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No: 2:23-cv-00682-MRW<br><br>Judge: Michael R. Wilner<br><br>**JOINT NOTICE OF SETTLEMENT** |

1

JOINT NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, ABRAHAM ARAGON, and Defendant, NISSAN NORTH AMERICA, INC., (the "Parties"), jointly, write to advise this Court that they have settled this matter; however, the attorneys' fees, costs, and expenses remain outstanding, and Plaintiff intends to file a noticed motion. The Parties request that the Court vacate any upcoming hearings and deadlines while the performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff and after payment of Plaintiff's attorneys' fees, costs and expenses, to be determined by agreement of the Parties or by noticed motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Based on the foregoing, the Parties respectfully request that the Court Order that this action be dismissed without prejudice and the Court continue to retain jurisdiction over this action to enforce the terms of the settlement agreement.

Dated: May 9, 2024,                         QUILL & ARROW LLP

                                            By _Kevin Y. Jacobson_____
                                            Kevin Y. Jacobson, Esq.
                                            Daniel Cox, Esq.
                                            Attorneys for Plaintiff,
                                            ABRAHAM ARAGON

Dated: May 9, 2024,                         LEWIS BRISBOIS BISGAARD & SMITH LLP

                                            By: ___/s/Scott D. Sharp_____
                                            Judd A. Gilefsky, Esq.
                                            Scott D. Sharp, Esq.
                                            Attorneys for Defendant
                                            NISSAN NORTH AMERICA, INC.

JOINT NOTICE OF SETTLEMENT