AMIR NASSIHI (SBN 235936)
anassihi@shb.com
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM ARAGON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>　　　　Defendant. | Case No. 2:23-cv-00682-MRW<br><br>**NOTICE OF LODGING STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

1

1  Pursuant to L. R. 5-4.4, Defendant Nissan North America, Inc., hereby submits
2  the attached Statement of Consent to Proceed Before a United States Magistrate Judge
3  in the above-entitled action.

4  Dated: August 15, 2024          Respectfully submitted,

                                    SHOOK, HARDY & BACON L.L.P.

                                    By:   /s/ Amir Nassihi
                                          Amir Nassihi

                                    Attorneys for Defendant
                                    Nissan North America, Inc.

2